UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAIA GARDENS, LLC, et al., | Civil Action No. 23-20733 (JXN)(CF) |
| Plaintiffs, | Hon. Julien Xavier Neals, U.S.D.J.<br>Hon. Cari Fais, U.S.M.J. |
| v. | |
| TOWNSHIP OF MONTCLAIR, | **SCHEDULING ORDER** |
| Defendant. | |

**THIS MATTER** having been brought pursuant to the Court's January 28, 2026 Text Order [Dkt. 86] directing the parties to submit a revised joint proposed scheduling order; and this Court having ordered a stay of this proceeding, including as to all discovery, pending Plaintiffs' appeal of this Court's denial of preliminary injunctive relief; and Defendant having filed a pre-answer Motion to Dismiss on October 13, 2025 [Dkt. 61], which is currently pending before the Court, and the scope of discovery sought by Defendant in this action cannot be fully determined until the Court has ruled on the Motion to Dismiss, while Plaintiffs do not seek discovery; and pursuant to the Court's January 28, 2026 Text Order [Dkt. 86], the parties, through counsel, having met and conferred regarding the production of limited initial discovery pending a ruling on Defendant's pre-answer Motion to Dismiss, and having jointly submitted the within proposed scheduling order; and for good cause having been shown;

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

(1)    Fed. R. Civ. P. 26 initial disclosures shall be served by March 6, 2026;

(2)    Initial discovery limited to written discovery on the topics of Plaintiffs' standing, injuries, and factual allegations in their pleadings and sworn statements to be served by April 6, 2026, with interrogatories at this stage being limited to each party serving a maximum of 10 Interrogatories on each other party;

(3)    Continued and further discovery being permitted no earlier than 45 days after the date of filing of Defendant's responsive pleading;

(4)    Each party may serve a maximum of 25 Interrogatories to each other party;

(5)    Each party may take a maximum of 10 depositions;

(6)    Factual discovery is to be completed within 9 months from the date of filing of Defendant's responsive pleading;

(7)    Plaintiffs are not submitting an expert report;

(8)    Defendant's expert report(s) shall be served 45 days after the completion of factual discovery;

(9)    Expert discovery, including all expert depositions, shall be completed within 45 days after Defendant serves its expert report(s); and

(10)    Leave to file dispositive motions shall be sought within 21 days of the completion of all discovery.

*/s/ Cari Fais*
_____
HON. CARI FAIS, U.S.M.J.

**DATED:** February 11, 2026

The undersigned hereby consent to the form and entry of this Order.

| FOR PLAINTIFFS<br>GAIA GARDENS, LLC, ET AL. | FOR DEFENDANT<br>TOWNSHIP OF MONTCLAIR |
|---|---|
| Van Ness Feldman, LLP | Riker Danzig, LLP |
| */s/Michael D. Goodstein*<br>Michael D. Goodstein, Esq.<br>NJ Bar No. 334782021<br>2000 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20006<br>Tel: (202) 298-1800<br>Email: mgoodstein@vnf.com | */s/ Derrick R. Freijomil*<br>Derrick R. Freijomil, Esq.<br>ID: 048631995<br>7 Giralda Farms, Suite 250<br>Madison, NJ 07940-1051<br>Tel.: (973) 538-0800<br>Email: dfreijomil@riker.com |

3